1  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   Felicia Arlene Espinosa
2  2115 Kern Street, Suite 370
   Fresno, CA  93710
3  Telephone:  (559) 441-8721
4  Facsimile:  (559) 441-0724

5  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   Michael L. Meuter
6  3 Williams Road
   Salinas, CA  93905
7  Telephone:  (831) 757 5674
   Facsimile:  (831) 757 6212
8
   SMITH & BRYANT
9  William J. Smith
   2350 West Shaw Avenue, Suite 132
10 Fresno, CA  93711
   Telephone:  (559) 432 0986
11 Facsimile:  (559) 432 4871

12 Attorneys for Plaintiff

13 SEYFARTH SHAW LLP
   Alfred L. Sanderson Jr. (SBN 186071)
14 E-mail: asanderson@seyfarth.com
   Kristina M. Launey (SBN 221335)
15 E-mail: klauney@seyfarth.com
   Lindsay S. Fitch (SBN 238227)
16 E-mail: lfitch@seyfarth.com
   400 Capitol Mall, Suite 2350
17 Sacramento, California  95814-4428
   Telephone:  (916) 448-0159
18 Facsimile:  (916) 558-4839

19 Attorneys for Defendant
   SFN Group, Inc. (f/k/a Spherion Corporation)
20 (erroneously sued as Spherion, Inc.)

21                  UNITED STATES DISTRICT COURT

22                 EASTERN DISTRICT OF CALIFORNIA

23 | ALICIA VILLALVASO, | Case No. 1:10-cv-02369-OWW-MJS |
   |---|---|
24 | Plaintiff, | **REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS AND ORDER (E.D. L.R. 160(b))** |
25 | v. | |
26 | ODWALLA, INC., a California Corporation; SPHERION, INC., a Delaware Corporation; and MARIO ACOSTA, an Individual, | |
27 | | Complaint Filed: December 17, 2010 |
28 | Defendants. | |

1
REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

1  Pursuant to Local Rule 160(b), Defendant SFN Group, Inc. (formerly known as Spherion
2  Corporation and erroneously sued as Spherion, Inc.) and plaintiff Alicia Villalvaso hereby
3  request that the Court grant the parties an additional 30 days to file dispositional documents in
4  this case.  Good causes exists for the extension because the parties have been diligently working
5  since the date they reached agreement regarding resolution of this matter to agree upon and
6  finalize the necessary documents to resolve the case.  The parties hope to have those documents
7  finalized and a stipulation for settlement filed with the Court within the next 30 days.

8  DATED: June 27, 2011                          SEYFARTH SHAW LLP

9                                                By   /s/ Kristina M. Launey
                                                     Alfred L. Sanderson
10                                                   Kristina M. Launey
                                                     Lindsay S. Fitch
11                                                Attorneys for Defendant
                                                  SFN Group, Inc. (f/k/a Spherion Corporation)
12                                                (erroneously sued as Spherion, Inc.)

13  DATED:  June 24 2011                         SMITH & BRYANT

14                                                By   /s/ William J. Smith
                                                      William J. Smith
15                                                Attorneys for Plaintiff

16

17      Good cause having been shown, the Court hereby orders that the parties will file
18  dispositional documents no later than July 25, 2011.

19

20  IT IS SO ORDERED.

21     Dated:   **June 27, 2011**                        **/s/ Oliver W. Wanger**
22                                                      UNITED STATES DISTRICT JUDGE