FELICIA A. ESPINOSA (SBN 267198)
California Rural Legal Assistance, Inc
2115 Kern Street, Suite 370
Fresno, CA 93721
Telephone: (559) 441-8721; Facsimile: (559) 441-0724

MICHAEL L. MEUTER (SBN 161554)
California Rural Legal Assistance, Inc
3 Williams Road
Salinas, CA 93905
Telephone: (831) 757-5674; Facsimile: (831) 757-6212

WILLIAM J. SMITH, (SBN 056116)
Smith & Bryant, Inc.
2350 West Shaw Avenue, Suite 132
Fresno, CA 93711
Telephone: (559) 432-0986; Facsimile: (559) 432-4871

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA VILLALVASO,<br><br>                                    Plaintiff,<br><br>vs.<br><br>ODWALLA, INC., a California Corporation and MARIO ACOSTA, an Individual,<br><br>                                    Defendants. | CASE No.: **1:10-cv-02369-OWW-MJS**<br><br>**ORDER DISMISSING SFN GROUP, INC. (FORMERLY KNOWN AS SHPERION CORPORATION AND ERRONEOUSLY SUED AS SHPERION, INC.) WITH PREJUDICE AS A PARTY DEFENDANT**<br>**(FRCP § 41)** |

On the basis of the notice filed on or about 07/11/2011, and in consideration of provision 41 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that Defendant SFN Group, Inc. (formerly known as Spherion Corporation and erroneously sued as Spherion, Inc.) is dismissed as a party Defendant with Prejudice.

IT IS SO ORDERED.

**Dated:   August 12, 2011**                              /s/ Oliver W. Wanger
                                                                         UNITED STATES DISTRICT JUDGE