JOHN F. BAUM (SBN 148366)
jbaum@chklawyers.com
KRISTIN L. OLIVEIRA (SBN 204384)
koliveira@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Defendant
ODWALLA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA VILLALVASO,<br><br>            Plaintiff,<br><br>vs.<br><br>ODWALLA, INC., a California Corporation; SPHERION, INC., a Delaware Corporation; and MARIO ACOSTA, an Individual,<br><br>            Defendants. | Case No.  1:10-cv-02369-AWI-BAM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br>**Complaint Filed:**  December 17, 2010 |

IT IS HEREBY STIPULATED by and between Plaintiff Alicia Villalvaso and Defendants Odwalla, Inc. and Mario Acosta, by and through their respective counsel, that the above-captioned lawsuit be and hereby is, dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

Dated: January 11, 2012.        CALIFORNIA RURAL LEGAL
                                          ASSISTANCE, INC.


By: /s/ Felicia A. Espinosa
Felicia A. Espinosa
Attorneys for Plaintiff Alicia Villalvaso

1
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 1:10-CV-02369-AWI-BAM

| | | |
|---|---|---|
| Dated: January 11, 2012. | | LAW OFFICES OF WILLIAM J. SMITH |
| | | By: /s/ William J. Smith |
| | | William J. Smith |
| | | Attorneys for Plaintiff Alicia Villalvaso |
| Dated: January 11, 2012. | | CURIALE HIRSCHFELD KRAEMER LLP |
| | | By: /s/ John F. Baum |
| | | John F. Baum |
| | | Attorneys for Defendant Odwalla, Inc. |
| Dated: January 11, 2012. | | McCORMICK BARSTOW LLP |
| | | By: /s/ Michael G. Woods |
| | | Michael G. Woods |
| | | Attorneys for Defendant Mario Acosta |

### ORDER

The above stipulation is hereby adopted as an order of this Court.

IT IS SO ORDERED.

Dated:  January 14, 2012                        _____

                                                               CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 1:10-CV-02369-AWI-BAM