JOHN F. BAUM (SBN 148366)
jbaum@chklawyers.com
KRISTIN L. OLIVEIRA (SBN 204384)
koliveira@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
ODWALLA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA VILLALVASO,<br><br>            Plaintiff,<br><br>vs.<br><br>ODWALLA, INC., a California Corporation; SPHERION, INC., a Delaware Corporation; and MARIO ACOSTA, an Individual,<br><br>            Defendants. | Case No. 1:10-cv-02369-AWI-BAM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br><br>**Complaint Filed:** December 17, 2010 |

IT IS HEREBY STIPULATED by and between Plaintiff Alicia Villalvaso and Defendants Odwalla, Inc. and Mario Acosta, by and through their respective counsel, that the above-captioned lawsuit be and hereby is, dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

Dated: January 11, 2012.        CALIFORNIA RURAL LEGAL
                                 ASSISTANCE, INC.


                                 By: /s/ Felicia A. Espinosa
                                 Felicia A. Espinosa
                                 Attorneys for Plaintiff Alicia Villalvaso

1
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 1:10-CV-02369-AWI-BAM

Dated: January 11, 2012.                    LAW OFFICES OF WILLIAM J. SMITH


By: /s/ William J. Smith
William J. Smith
Attorneys for Plaintiff Alicia Villalvaso

Dated: January 11, 2012.                    CURIALE HIRSCHFELD KRAEMER LLP


By: /s/ John F. Baum
John F. Baum
Attorneys for Defendant Odwalla, Inc.

Dated: January 11, 2012.                    McCORMICK BARSTOW LLP


By: /s/ Michael G. Woods
Michael G. Woods
Attorneys for Defendant Mario Acosta

## ORDER

The above stipulation is hereby adopted as an order of this Court.

IT IS SO ORDERED.

Dated:   January 14, 2012                   _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 1:10-CV-02369-AWI-BAM